

**U.S. Department of Justice**

United States Attorney
District of Minnesota

| | |
|---|---|
| 600 United States Courthouse | Telephone: (612) 664-5600 |
| 300 South Fourth Street | Fax: (612) 664-5787 |
| Minneapolis, MN 55415 | |

April 5, 2016

The Honorable Hildy Bowbeer
United States Magistrate Judge
316 N. Robert Street, Suite 632
St. Paul, MN 55101

    Re:    United States v. Irina Vorotinov
            Criminal No.: 15-54 (PJS/HB)

Dear Judge Bowbeer:

The parties' motions responses and notices of intent to call witnesses are due tomorrow.

At this time, the only motion before the Court is the government's motion for reciprocal discovery. Therefore the government will not be filing any responses ahead of the April 18 hearing.

The government also will not be calling witnesses at that hearing. It should essentially be a straight-up arraignment hearing.

                              Sincerely,

                              ANDREW M. LUGER
                              United States Attorney

                              BY: DAVID J. MacLAUGHLIN
                              Assistant U.S. Attorney