IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>         Plaintiff,<br><br>v.<br><br>Irina Vorotinov (1),<br><br>         Defendant. | Criminal No. 15-054-1 (PJS/HB)<br><br>**AFFIDAVIT OF**<br>**MATTHEW D. FORSGREN** |

STATE OF MINNESOTA )
          ) ss.
COUNTY OF HENNEPIN )

Matthew D. Forsgren, being duly sworn states as follows:

1. Attached as Exhibit 1 is a photograph of the area where Igor Bivol claimed that the body of a deceased individual was found. I took this photograph near the village of Cojusna, Moldova, on March 31, 2016.

2. Attached as Exhibit 2 is a photograph of the area where Vitalie and Ion Catana explained that the body actually was found. I took this photograph near the village of Cojusna, Moldova, on March 31, 2016.

3. Attached as Exhibit 3 is a photograph of the area surrounding the morgue facility in Straseni, Moldova, where the body of the deceased reportedly was kept until being transported from the morgue facility. I took this photograph on March 31, 2016.

4. Attached as Exhibit 4 is another photograph of the area surrounding the morgue facility in Straseni, Moldova. I took this photograph on March 31, 2016.

5. Attached as Exhibit 5 is another photograph of the area surrounding the morgue facility in Straseni, Moldova. I took this photograph on March 31, 2016.

6. Attached as Exhibit 6 is a photograph of the exterior of the morgue facility in Straseni, Moldova. I took this photograph on March 31, 2016.

7. Attached as Exhibit 7 is a photograph of the interior of the morgue facility in Straseni, Moldova. I took this photograph on March 31, 2016.

8. Attached as Exhibit 8 is a photograph of the interior of the morgue facility in Straseni, Moldova. I took this photograph on April 1, 2016.

Dated: September 2, 2016

                                              s/Matthew D. Forsgren
                                              Matthew D. Forsgren

Subscribed and sworn to before me this
2nd day of September 2016.

s/Caron Pjanic
Notary Public
My commission expires January 31, 2020.