# United States District Court
## STATE AND DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA | GOVERNMENT'S EXHIBIT LIST |
|---|---|
| v. | |
| IRINA VOROTINOV | Criminal No. 15-54 (PJS/HB) |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| The Honorable Patrick J. Schiltz | David J. MacLaughlin, AUSA | Anna Tobin, Esq. Matthew D. Forsgren, Esq. |
| SENTENCING DATE | COURT REPORTER | COURTROOM DEPUTY |
| September 29, 2016 | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | | 9/29/16 | ✓ | ✓ | Interview Memoranda of Alkon Vorotinov (fate of the money; Irina's statements regarding motive for crime; Irina's demeanor about Igor's death; Irina's desire to travel to Moldova alone; Olga not present at May 2016 interview) |
| 2 | | " | ✓ | ✓ | Interview Memorandum of Mitchell Ask |
| 3 | | " | ✓ | ✓ | Summary of Initial Uses of $2,048,141.09 from Mutual of Omaha |
| 4 | | " | ✓ | ✓ | Summary of Irina Vorotinov's Direct Receipt of Funds |
| 5 | | " | ✓ | ✓ | Summary of Net Amounts Transferred to Elena Mikhaylova, Nikolay Patoka and Esenia Gritkan |
| 6 | | " | ✓ | ✓ | Summary of Investment in Switzerland, Net of Returns from Murubhai |
| 7 | | " | ✓ | ✓ | Summary of Bank Accounts through which Mutual of Omaha Funds Flowed |
| 8 | | " | ✓ | ✓ | Various Documents, Including Contracts, Evidencing $1.5 Million Investment in Transatlantic Energy Corporation |
| 9 | | " | ✓ | ✓ | Emails between Irina Vorotinov and Various Individuals Overseas re Recouping Investment |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 10 | | 9/29/16 | ✓ | ✓ | Recorded Conversation with Igor Vorotinov in May 2016 |
| 11 | | " | ✓ | ✓ | Transfers to Romania |
| 12 | | " | ✓ | ✓ | Chart Summarizing Inconsistent Statements of Igor Bivol |
| 13 | | " | ✓ | ✓ | Interview Memorandum of Liviu Gherman |
| 14 | | " | ✓ | ✓ | Log from Morgue (October 6, 2011) |
| 15 | | " | ✓ | ✓ | Interview Memorandum of Violetta Gutu (Irina alone at Embassy and not upset) |
| 16 | | " | ✓ | ✓ | Interview Memorandum of Ruslana Haritonova (no mention of Igor's death on trip to Moldova October 2011; no mention that Irina was under guard) and Olga Vorotinov |
| 17 | | " | ✓ | ✓ | Interview Memoranda of Julia Rozhansky, Stella Kravitz (re Irina's statements regarding who called her about Igor's purported death) |
| 18 | | " | ✓ | ✓ | Interview Memorandum of Alla Dyba (re purpose of trip to Moldova) |
| 19 | | " | ✓ | ✓ | Interview Memoranda of Lenny Rozhansky and Galina Gozenpud (re Irina having identified Igor's body in Moldova) |
| 20 | | " | ✓ | ✓ | Interview Memoranda of Rafail Shirl, Roman Axelrod, Stanislav Altmark, Natalia Anikeeva, Joseph Gendler, Alexander Rabinovich, Nelly Sergeychik, Vladimir and Irina Velikson (along with Lenny Rozhansky and Galina Gozenpud) (re money owed to Russian community) |
| 21 | | " | ✓ | ✓ | Spreadsheet of travel |
| 22 | | " | ✓ | ✓ | Death Certificate of Igor Vorotinov, original + translation |
| 23 | | " | ✓ | ✓ | TCF Bank records regarding Antony's account |